# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BECKLEY DIVISION

UNITED STATES OF AMERICA

v.                                                           CRIMINAL ACTION NO. 5:02-00140-02

BILLY T. JOHNSON

## REVOCATION OF SUPERVISED RELEASE
## AND JUDGMENT ORDER

On June 20, 2011, the defendant appeared in person and by counsel, Mason Preston, for a hearing on the Petition for Warrant or Summons for Offender Under Supervision submitted by the defendant's supervising probation officer. The United States was represented at the hearing by Josh Hanks, Assistant United States Attorney. United States Probation Officer Keith Zutaut was also present at the hearing.

At the hearing, the Court found that the defendant was given written notice of the alleged supervised release violations, all evidence against the defendant was disclosed, and the defendant was represented by counsel.

The defendant admitted at the hearing that he violated the conditions of supervised release as contained in the Petition. Therefore, based upon the information contained in the Petition and the defendant's own admission, the Court found by a preponderance of the evidence that the defendant violated the conditions of the defendant's supervised release as contained in the Petition. The Court **REVOKED** the defendant's supervised release and entered judgment as follows:

It is the **JUDGMENT** of the Court that the defendant be committed to the custody of the Federal Bureau of Prisons for a term of **20** months. The Court recommends that the defendant be housed as close to Beckley, WV, as possible. The Court **ORDERS** the defendant to pay the balance, if any, of the previously imposed special assessment and fine.

The defendant was remanded to the custody of the United States Marshal.

The Court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, the United States Marshal and the Federal Bureau of Prisons.

ENTER: June 21, 2011

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE